IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

ALYSSA VALENTINE, )
)
Plaintiff, )
) CASE NO. 5:24-CV-401-BO-KS
vs. )
)
GOLDMAN SACHS BANK USA., )
)
Defendant. )
)

## ORDER

THIS MATTER having come before the Court on Parties' Joint Stipulation to Arbitrate and Stay Action; and the Court having reviewed same and found good cause for relief requested;

NOW, THEREFORE, IT IS ORDERED that the Joint Stipulation to Arbitrate and Stay Action is GRANTED; and it is further

ORDERED that the proceedings shall be stayed pending arbitration of this matter.

This the 28 day of March, 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE